IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOYCE ANN MURRELL,                          No   C 07-5553 VRW

    Plaintiff,                              ORDER

  v

NORTIN & STURINO, ET AL,

    Defendants.

_____/

    On October 31, 2007, plaintiff filed a complaint and an application to proceed in forma pauperis in this court. Plaintiff's complaint does not allege any facts which demonstrate that venue is proper in the Northern District of California under the criteria set forth in 28 USC § 1391. To the contrary, the complaint does not identify any defendant residing in this district nor an event occurring in this district that gives rise to plaintiff's claims.

    28 USC § 1404(a) provides that for the convenience of parties and witnesses and the interests of justice, a district court may transfer any civil action to any other district court

1  where the action could have been brought.  Plaintiff alleges that
2  individuals and entities in 10 of the 16 groups of named defendants
3  reside in the Central District of California.  Doc #1 ¶¶41-61.  It
4  also appears from the complaint that some, if not all, of the
5  events giving rise to plaintiff's claims occurred in the Central
6  District of California.  Doc #1 ¶¶66-248.
7       Accordingly, the court directs the clerk to TRANSFER the
8  above-captioned action to the United States District Court for the
9  Central District of California.

13       IT IS SO ORDERED.

16  VAUGHN R WALKER
17  United States District Chief Judge