UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOYCE ANN MURRELL,

        Plaintiff,

v.

NORTIN & STURINO et al,

        Defendant.

Case Number: C07-5553 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joyce Ann Murell  
1400 Penacle Court  
#203  
Pt. Richmond, CA 94801

Dated: November 20, 2007

        Richard W. Wieking, Clerk  
        By: Cora Klein, Deputy Clerk

        *Cora Klein*