IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JOYCE ANN MURRELL,                       No   C 07-5553 VRW

        Plaintiff,                            ORDER

     v

NORTIN & STURINO, ET AL,

        Defendants.
                                    /
```

        Plaintiff moves for reconsideration of the court's November 20, 2007 order, Doc #10, transferring this action to the United States District Court for the Central District of California (which plaintiff labels "USDC Central Division"). Plaintiff states that "[r]econsideration is requested because the USDC Central Division is a primary Defendant and the venue is in conflict." Doc #18.

        To the extent plaintiff alleges claims against "USDC Central Division," these claims arise from judicial acts of one or more judges of that court. As such, absolute judicial immunity applies. Unlike the judicial immunity available to the state

judge named herein, a federal judge's immunity is not limited to immunity from damages, but extends to actions for declaratory, injunctive and other equitable relief.  See <u>Moore v Brewster</u>, 96 F3d 1240, 1243 (9th Cir 1996); <u>Mullis v United States Bankruptcy Court</u>, 828 F2d 1385, 1394 (9th Cir 1987) (applying judicial immunity to actions under <u>Bivens</u>, 403 US 388, 389 (1971)), <u>cert denied</u>, 486 US 1040 (1988).  Congress has provided carefully structured procedures for taking appeals and for petitioning for extraordinary writs in Title 28 of the United States Code to correct erroneous and unconstitutional acts of federal judges.  See id.  Accordingly, naming "USDC Central Division" as a defendant herein does not provide grounds for plaintiff not otherwise complying with venue provisions that prompted transfer of this action.  Plaintiff may, of course, raise her other arguments in the transferee forum.

       Plaintiff's motion for reconsideration, Doc #18, is DENIED.


       IT IS SO ORDERED.

                            VAUGHN R WALKER
                            United States District Chief Judge