UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ANN MURRELL,<br><br>        Plaintiff,<br><br>v.<br><br>NORTIN & STURINO et al,<br><br>        Defendant.<br>_____ / | Case Number: C07-5553 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joyce Ann Murell
1400 Penacle Court
#203
Pt. Richmond, CA 94801

Dated: November 29, 2007

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk

                                            *Cora Klein*